UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WEBROOT, INC. and OPENTEXT, INC., <br><br> Plaintiffs, <br><br> v. <br><br> AO KASPERSKY LAB, KASPERSKY LABS LIMITED, and KASPERSKY LAB SWITZERLAND GmbH, <br><br> Defendants. | Civil Action No. 1:23-mc-91649-LTS |

## DECLARATION OF JEFFREY D. MILLS

I, Jeffrey D. Mills, pursuant to Local Rule 83.5.3(e)(3), hereby declare and certify the following:

1. I am counsel at the law firm of King & Spalding LLP, 500 West 2nd Street, Suite 1800, Austin, Texas 78701, and my office phone number is (512) 457-2027.

2. I am admitted to practice law in the State of Texas, State of California, State of Illinois and the District of Columbia. I am also admitted to practice before the United States District Courts for the Eastern, Northern, Southern and Western Districts of Texas as well as the United States Court of Appeals for the Federal Circuit and the United States Supreme Court. I am also admitted and registered to practice before the United States Patent and Trademark Office.

3. I am a member of good standing in every jurisdiction in which I have been admitted to practice law.

4. I am not now, nor ever have been, subject to any disciplinary proceedings in any jurisdiction in which I have been admitted to practice law. I am not under suspension or disbarment by any Court.

5. I have not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose) revoked for misconduct.

6. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 21, 2023

_____
Jeffrey D. Mills