UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WEBROOT, INC. and OPENTEXT, INC.,<br><br>    Plaintiffs,<br><br>    v.<br><br>AO KASPERSKY LAB, KASPERSKY LABS LIMITED, and KASPERSKY LAB SWITZERLAND GMBH,<br><br>    Defendants. | Civil Action No. 1:23-cv-91649-LTS |

**ASSENTED-TO MOTION FOR ADMISSION *PRO HAC VICE* OF JOSEPH T. MIOTKE**

The undersigned counsel for third-party witnesses Kaspersky Lab, Inc., Robert Cataldo, and Anthony Bellia (collectively, "Third-Party Witnesses"), and a member of the bar of this Court, hereby requests, pursuant to Local Rule 83.5.3, that Joseph T. Miotke, DeWitt LLP, be permitted to practice before this court *pro hac vice* as counsel for the Third-Party Witnesses. In support of this motion, the undersigned submits as follows:

1. Mr. Miotke's business address is 13845 Bishops Drive, Suite 300, Brookfield, WI 53005; telephone number, 262-754-2871; email address, jtm@dewittllp.com.

2. As stated in his declaration submitted pursuant to Local Rule 83.5.3, attached hereto as Exhibit 1, Mr. Miotke is a member in good standing of the bars of the State of Wisconsin and the State of Illinois, has been admitted to practice in several federal courts, and there are no disciplinary proceedings pending against him.

3. Mr. Miotke is familiar with the factual and legal issues involved in this case, as well as the Local Rules of the United States District Court for the District of Massachusetts.

4. My appearance as counsel for the Third-Party Witnesses is on record.

5. Counsel for Plaintiffs assents to this motion.

Accordingly, the undersigned respectfully requests that the Court grant leave to Mr. Miotke to appear and practice before this Court *pro hac vice* on behalf of the Third-Party Witnesses in all proceedings in this action.

                                                      Respectfully submitted,

                                                      */s/ Daniel J. Cloherty*
                                                      Daniel Cloherty (BBO #565772)
                                                      CLOHERTY & STEINBERG, LLP
                                                      33 Arch Street, Suite 3150
                                                      Boston, MA 02110
                                                      617-481-0160

Dated: December 28, 2023                            dcloherty@clohertysteinberg.com

## LOCAL RULE 7.1 CERTIFICATION

I hereby certify that in accordance with Local Rule 7.1(a)(2), on December 28, 2023, counsel for the Third-Party Witnesses and counsel for Plaintiffs met and conferred, and counsel for Plaintiffs assented to this motion.

                                                      */s/ Daniel J. Cloherty*
                                                      Daniel Cloherty

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on NEF, and copies will be sent to those indicated as non-registered participants on December 28, 2023.

                                                      */s/ Daniel J. Cloherty*
                                                      Daniel Cloherty